UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DONALD ROBERTS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:02CV126 RWS |
| ) | |
| MIKE KEMNA and ) | |
| JEREMIAH NIXON, ) | |
| ) | |
| Respondents. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the petition of Donald Roberts for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED**.

**IT IS FURTHER ORDERED** that as Roberts has not made a substantial showing of a denial of a constitutional right this Court will not issue a certificate of appealability.

                                                                                          _____
                                                                                          RODNEY W. SIPPEL
                                                                                          UNITED STATES DISTRICT JUDGE

Dated this 16th day of March, 2006.